AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

In the Matter of the Search of )
INFORMATION ASSOCIATED WITH "ONLY FANS" ACCOUNT )
IDENTIFIED AS HTTPS://ONLYFANS.COM/PRETTY_PETITE8 )
WHICH IS IN THE CARE OF THE WALTERS LAW GROUP AT )
PREMISES OWNED, MAINTAINED, CONTROLLED OR OPERATED )
BY THE WALTERS LAW GROUP )
)
)

**FILED UNDER SEAL**

Case No. 25-mj-680-MTS

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___Oklahoma___
*(identify the person or describe the property to be searched and give its location):*
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___8-22 2025___
(not to exceed 14 days)

☒ in the daytime   6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ___Mark T. Steele___.
(name)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8-7-2025 1:18pm                     _____
                                                                                            Judge's signature

City and state:  Tulsa, Oklahoma                                   Mark T. Steele, U.S. Magistrate Judge
                                                                                          *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant ~~and inventory left with~~: |
|---|---|---|
| 25mj680 | 08/12/2025 @ 4:30 p.m. | Kevin W. Wimberly and Walters Law Group |

Inventory made in the presence of:
Kevin W. Wimberly and Walters Law Group

Inventory of the property taken and name of any person(s) seized:

One (1) zipped folder containing approximately 10.7MB
One (1) PDF document re OnlyFans Response
One (1) PDF document re copy of search warrant

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/20/2025

*Executing officer's signature*

Kevin Lau, Special Agent

*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information related to a Fenix International Limited d/b/a OnlyFans account

- https://onlyfans.com/pretty_petite8

which is stored at premises owned, maintained, controlled, operated or in the care of Walters Law Group, headquartered at 195 W Pine Ave, Longwood, Florida 32750.

## ATTACHMENT B

## Particular Things to be Seized

I.  **Information to be disclosed by Walters Law Group**

To the extent that the information described in Attachment A is within the possession, custody, or control of Fenix International Limited d/b/a OnlyFans / Walters Law Group, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to OnlyFans / Walters Law Group, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), OnlyFans / Walters Law Group is required to disclose the following information to the government for each account or identifier listed in Attachment A for the time period of May 23, 2024 – June 16, 2025:

a. Basic subscriber information, including but not limited to full name, user identification number, birth date, gender, e-mail addresses, account passwords, account security questions and answers, physical address (including city, state, and zip code), screen names; date and time stamp of account creation, most recent logins, all registered mobile telephone numbers, and any other personal identifiers);

b. Alternate names the account holder has on the account, including by way of example but not limitation, nicknames or aliases;

c. Mobile phone numbers the account holder has added to the account, including by way of example but not limited to verified mobile numbers added for security purposes;

  d. All Internet Protocol ("IP") addresses, with associated port identifiers, collected in relation to this account, along with browser types and versions used, time zone setting and locations, operating system and platform, stored active sessions and logins/logouts with date and time, any other devices used to access the website, and machine cookie information;

  e. Current and past address(es) associated with this account, including by way of example but not limitation, current city, hometown and other places lived;

  f. All devices(s) used and otherwise associated with the subscriber's account – ESN, ICCID, IMSI, IMEI numbers and activation dates;

  g. Usage data relating to the account holder and use of the website, including any content uploaded or downloaded, posts, messages to and from the account holder, comments or reviews of content;

  h. Financial data collected by the website that is associated with the above user, including all payment methods used (credit cards, financial payment accounts – i.e., Cash App, PayPal, Venmo, bank account information) and associated transactions;

  i. Transaction data relating to any purchases made by or to the above user as well as monies paid by OnlyFans to the account holder ("creator earnings");

  j. All photos and videos uploaded and/or downloaded by the above user along with any associated metadata [camera make, model, capture date and time, capture latitude and longitude, etc.];

k.    Internet search data collected, including browsing history and search history;

l.    All accounts associated with the account, along with accounts associated by machine cookies.

m.    All records of communications and messages made or received by the user, along with internal notes between OnlyFans and the associated account.

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

II.    **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 United States Code 1956 involving GAGE since May 23, 2024 – June 16, 2025, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Information related to money laundering.

(b) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(c) The identity of the person(s) who communicated with the user ID about matters relating to money laundering, including records that help reveal their whereabouts.

3

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **[PROVIDER]**, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **[PROVIDER]**. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

   a.   all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **[PROVIDER]**, and they were made by **[PROVIDER]** as a regular practice; and

   b.   such records were generated by **[PROVIDER'S]** electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **[PROVIDER]** in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by **[PROVIDER]**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____       _____
Date                                                    Signature